IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 16-cv-00152-PAB-KMT

JOHN DOE,

    Plaintiff,

v.

UNIVERSITY OF DENVER;
UNIVERSITY OF DENVER BOARD OF TRUSTEES;
REBECCA CHOPP, individually and as agent for University of Denver;
KRISTIN OLSON, individually and as agent for University of Denver;
JEAN MCALLISTER, individually and as agent for University of Denver;
KATHRYNE GROVE, individually and as agent for University of Denver; and
ERIC BUTLER, individually and as agent for University of Denver,

    Defendants.

---

**ORDER**

---

On April 21, 2016, the Court granted plaintiff's Motion for Leave to Restrict Access Pursuant to D.C.COLO.LCivR 7.2 [Docket No. 32] (granting Docket No. 2). In his motion, plaintiff requested that all documents filed in connection with this case be filed under level 1 restriction. Docket No. 2 at 8. The Court's order granting plaintiff's motion pertains only to plaintiff's ability to pursue this case pseudonymously. Applying level 1 restriction to all documents filed in this lawsuit is unnecessary and inappropriate. In future filings, the parties shall take appropriate steps to safeguard the identity of both plaintiff and of the individual identified in the complaint as Jane Doe. This should be accomplished primarily by redactions; however, when redactions would be inappropriate, a party may follow the procedures in the Local Rules to place exhibits or

pleadings under restriction.

**IT IS SO ORDERED.**

DATED April 21, 2016.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge