IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-cv-00152 – PAB-STV

JOHN DOE,

    Plaintiff,

v.

UNIVERSITY OF DENVER;
UNIVERSITY OF DENVER BOARD OF
TRUSTEES; REBECCA CHOPP,
individually and as agent for
UNIVERSITY OF DENVER; KRISTIN
OLSON, individually and as agent for
UNIVERSITY OF DENVER; JEAN
MCALLISTER, individually and as agent
for UNIVERSITY OF DENVER;
KATHRYNE GROVE, individually and as
agent for UNIVERSITY OF DENVER;
and ERIC BUTLER, individually and as
agent for UNIVERSITY OF DENVER,

    Defendants.

_____

UNOPPOSED MOTION TO CONTINUE TRIAL DATE
_____

Plaintiff John Doe, ("Plaintiff") by his attorneys, Nesenoff & Miltenberg, LLP and Michael Mirabella P.C., hereby moves the Court for an Order continuing the Trial Date of April 16, 2018, which was set by the Court without being cleared with counsels' calendars (Doc. 113). As grounds therefore, Plaintiff states:

In accordance with D.C.Colo.LCivR 7.1(a)(c), counsel for Plaintiff contacted counsel for Defendants regarding the relief requested herein, and Defendants' counsel is not opposed to the court granting the relief requested.

1. This case was filed in January 2016. Discovery Concluded in April, 2017. Defendants filed their Motion for Summary Judgment on May 5, 2017 (Doc. 68). Plaintiff's Response to the Summary Judgment Motion was filed on June 16, 2017 (Doc 85). Defendants' Reply in Support of Summary Judgment was filed on July 10, 2017.

2. The Court set this matter for Trial to be held on October 30, 2017 (Doc 98). Upon motion, the Court reset trial for April 9, 2018 (Doc 102). On November 30, 2017, due to a conflict in the Court's schedule, without consulting counsel, the Court reset the trial to April 16, 2018 (Doc 113).

3. On January 29, 2018, Defendants filed their Motion to Exclude Expert Testimony (Doc 117). Assuming briefing is concluded as contemplated by the rules, this motion will not be ripe for decision until March 5, 2018, only 45 days prior to trial.

4. Further, counsel for both parties and several of the individual Defendants and witnesses for Defendants are engaged in discovery in a similar case *Doe v University of Denver*, 17-cv-01962-PAB-KMT. The current discovery schedule in the newer case creates a severe conflict in preparing for the trial of this case.

5. Finally, counsel for Plaintiff is involved in a trial in Westchester County New York which has recently been rescheduled to April 17, 2018. The Westchester County case has been reset on several occasions and the trial court will not consider a continuance. The details of this case are: *William Stempel and Katherine Stempel v. JTH Construction, Inc. et al.,* Supreme Court Westchester County; 70884/2014

6. Currently, the parties are faced with preparation for a trial which is approximately 55 days away without knowing what issues may be at issue or foreclosed by the pending rulings on the outstanding motions. This makes efficient and cost-effective trial preparation difficult.

7. Pursuant to the published Practice Standards of this Court, undersigned counsel

submits the following review of the factors in *United States v. West*, 828 F.2d 1468 (10th Cir. 1987). The factors in *West* are: 1) diligence of counsel, 2) usefulness of the continuance, 3) inconvenience to parties or the jury, 4) need and prejudice. *Id*, at 1469-1470.

8. The court in *West* stated that the most important factor in the analysis is the requesting party's need and prejudice. *Id* at 1470. In this case, the need and prejudice are palpable. Undersigned counsel are faced with having to prepare for trial without a clear understanding of the issues which will actually be tried. Having to prepare for all possible outcomes including an "all issues trial" on the one hand or a decision granting summary judgment shortly before trial commences, is a waste of the resources of counsel and their clients. Finally, the unexpected unavailability of lead counsel due to the conflicting trial date in Westchester County, New York, crates severe prejudice to the Plaintiff.

9. Undersigned counsel has been diligent in seeking this continuance as there was no earlier opportunity to set forth the scheduling difficulties the current trial date present. There was no consultation by Judge Brimmer's staff to clear the trial dates with counsel. Counsel diligently proceeded with the expectation that a ruling on the Summary Judgment Motion would be forthcoming shortly. The filing of the Motion for Exclusion of Expert Witness Testimony has placed the current trial date too close to the earliest ruling on that motion for counsel to properly prepare for trial. Plaintiff's counsel has also sought relief from the court in Westchester County and has been denied relief from that court.

10. The requested continuance will be useful as counsel will be better able to prepare a trial which is tailored to the rulings of the Court as to the issues to be actually tried, facilitating the efficient and orderly presentation of Plaintiff's case.

11. No prejudice will be incurred by any party by granting this request, no jury has been impaneled, therefore the requested continuance will not result in inconvenience to any party or the

jury.

12.     Plaintiff's counsel hereby certifies that the plaintiff has received a copy of this motion as required by D.C.COLO.LCivR 6.1(c).

WHEREFORE, the parties respectfully request that the current trial date be vacated and reset for trial to commence approximately 60 days after the court rules on the current outstanding motions.

Dated this 27th day of February, 2018.

Respectfully submitted,

*/s/ Tara J. Davis, Esq.*
[ e-filing –February 27, 2018]

Tara J. Davis, Esq.
Andrew T. Miltenberg, Esq.
363 7th Avenue, Fifth Floor
New York, NY  10001
212-736-4500
amiltenberg@nmllplaw.com
tdavis@nmllplaw.com
*Attorneys for Plaintiff*

*/s/ Michael J. Mirabella*
[ e-filing – February27, 2018]

Michael J. Mirabella, Esq.
Michael Mirabella, P.C.
1888 Sherman St., Suite 200
Denver, CO  80203
720-538-0362 (ph)
mmirabella@mbellalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing <u>UNOPPOSED MOTION TO CONTINUE TRIAL DATE</u> has been electronically filed this 27th day of February, 2018, and served upon the following:

Jim Goh, Esq.
LaLonnie Gray, Esq.
Constangy, Brooks, Smith & Prophete, LLP
600 17th Street, Suite 2700S
Denver, CO 80202
720-343-7570 (ph)

Cousnel for Defendants